IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Northern Division

MACKINAC CENTER FOR PUBLIC POLICY,

*Plaintiff,*

v.

U.S. DEPARTMENT OF EDUCATION;

MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;

RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity;

*Defendants.*

CIVIL CASE NO. _____

**DECLARATION OF JOSEPH G. LEHMAN**

## DECLARATION OF JOSEPH G. LEHMAN

1. I, Joseph G. Lehman, President of the Plaintiff Mackinac Center for Public Policy Institute ("Mackinac Center") am over the age of 18 years old.

2. I graduated from the University of Illinois College of Engineering and hold a BS degree in Engineering.

3. I have been the President of the Mackinac Center for 15 years and make this declaration on my own knowledge and the records of the organization.

4. The Mackinac Center is organized as a § 501(c)(3) organization under the Internal Revenue Service Code and is incorporated in the State of Michigan.

5. The Mackinac Center's mission is to enhance quality of life in Michigan by developing free-market policies, challenging government overreach, and fostering a climate of public opinion that encourages policymakers to act in the public interest.

1

6. The Mackinac Center currently has approximately 45 employees working to fulfill its mission.

7. At the time of this declaration, the Mackinac Center has 1 employment opportunity open and available for which it seeks new employees to help fulfill its mission.

8. The Mackinac Center employs, has employed, and seeks to recruit for employment individuals who have federal student loans.

9. Current Mackinac Center employees are participating in the Public Service Loan Forgiveness program.

10. As a matter of basic economics, the Department of Education's extensions of the pause on student-loan monthly payments and accrual of interest have disadvantaged and will continue to disadvantage the Mackinac Center in the market for such employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: __4/6/23__           _____
                                  Joseph G. Lehman, President, Mackinac Center