IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION;<br><br>MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;<br><br>RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity;<br><br>*Defendants*. | CASE NO. 2:23-CV-10795-SJM-EAS<br><br>**NOTICE OF APPEARANCE** |

Now comes Sheng Li of New Civil Liberties Alliance, and hereby enters his appearance as additional counsel of record for Plaintiff. All pleadings, orders, notices, and correspondence relating to this civil action should be served upon the undersigned at the addresses set forth below.

/s/ Sheng Li
SHENG LI
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 918-6904
Sheng.Li@ncla.legal

1

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed via the Court's electronic filing system on April 10, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

I hereby certify that a copy of the foregoing was delivered via certified U.S. Mail, postage prepaid, on April 10, 2023, to the following:

Miguel Cardona, Secretary
U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Richard Cordray
U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Merrick Garland, Attorney General
Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Dawn Ison
United States Attorney for the Eastern District of Michigan
United States Attorneys Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

/s/ Sheng Li
Sheng Li