# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Mackinac Center for Public Policy | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:23-cv-10795-TLL-PTM |
| v. | ) | |
| US Department Of Education et al | ) | Hon. Thomas L. Ludington |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: US Department Of Education

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sheng Tao Li
District of Columbia
1225 19th Street NW
Suite 450
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*          By: s/Tracy Thompson
                                                *Signature of Clerk or Deputy Clerk*

                                             Date of Issuance: April 11, 2023



# Summons and Complaint Return of Service

Case No. 1:23-cv-10795-TLL-PTM
Hon. Thomas L. Ludington

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Department Of Education
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

| | | |
|---|---|---|
| Mackinac Center for Public Policy <br><br> *Plaintiff,* <br><br> v. <br><br> US Department Of Education et al <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-10795-TLL-PTM <br><br><br> Hon. Thomas L. Ludington |

**SUMMONS IN A CIVIL ACTION**

To: US Department of Education, Secretary of

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sheng Tao Li  
District of Columbia  
1225 19th Street NW  
Suite 450  
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*    By: s/Tracy Thompson  
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 11, 2023



# Summons and Complaint Return of Service

Case No. 1:23-cv-10795-TLL-PTM
Hon. Thomas L. Ludington

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* US Department of Education, Secretary of
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Mackinac Center for Public Policy | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 1:23-cv-10795-TLL-PTM |
| v. | ) ) | |
| US Department Of Education et al | ) ) ) ) | Hon. Thomas L. Ludington |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: US Department of Education, Chief Operating Officer of Federal Student Aid

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sheng Tao Li
District of Columbia
1225 19th Street NW
Suite 450
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 11, 2023



# Summons and Complaint Return of Service

Case No. 1:23-cv-10795-TLL-PTM
Hon. Thomas L. Ludington

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* US Department of Education, Chief Operating Officer of Federal Student Aid was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: