## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Michigan

Case Number: 1:23-CV-10795-TLL-PTM

Plaintiff:
**MACKINAC CENTER FOR PUBLIC POLICY**

vs.

Defendant:
**UNITED STATES ATTORNEY**

For:
Sheng Li
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

Received by H&R PROCESS SERVING GROUP, LLC to be served on **UNITED STATES ATTORNEY, 211 W. FORT ST, STE 2001, DETROIT, MI 48226**.

I, YOSHI CARLTON, being duly sworn, depose and say that on the **14th day of April, 2023** at **10:20 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ZAK TOOARET** as **AUTHORIZED REP** at the address of: **211 W. FORT ST, STE 2001, DETROIT, MI 48226**, who stated they are authorized to accept service for **UNITED STATES ATTORNEY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, and have no interest in the above action.

Subscribed and sworn to before me on the 14th day of April, 2023 by the affiant who is personally known to me.

Herb Alexander
Notary public

HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF Wayne

Yoshi Carlton
**YOSHI CARLTON**

H&R PROCESS SERVING GROUP, LLC
18701 Grand River
#1121
Detroit, MI 48223
(866) 939-4442

Our Job Serial Number: HNR-2023001284

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1u

# Summons and Complaint Return of Service

Case No. 1:23-cv-10795-TLL-PTM
Hon. Thomas L. Ludington

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney
was received by me on *(date)* 4-12-2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Zak Toodret , who is
designated by law to accept service of process on behalf of *(name of organization)* United States Attorney, 211 W. Fort St, #2001, Detroit, MI 48226 on *(date)* Fri. 4-14-23, 10:20 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 0 for travel and $ 97.50 for services, for a total of $ 97.50 .

I declare under penalty of perjury that this information is true.

Date: 4-14-2023

Yoshi Carlton
Server's signature

Yoshi Carlton - Process server
Printed name and title

18701 Grand River, #1121, Detroit, MI 48223
Server's address

Herb Alexander
HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF Wayne

Additional information regarding attempted service, etc:
White males 30-35 yrs, 5'6"-5'8", 130-150 lbs, Brown hair

Signature: [signed] Zak Tooley



**INVOICE**

Invoice #HNR-2023001284
4/14/2023

**Send Payments To:**
H&R PROCESS SERVING GROUP, LLC
18701 Grand River
#1121
Detroit, MI 48223
Phone: (866) 939-4442
Fax: (313) 262-6428

Sheng Li
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

**Case Number:** 1:23-CV-10795-TLL-PTM

**Plaintiff:**
MACKINAC CENTER FOR PUBLIC POLICY

**Defendant:**
UNITED STATES ATTORNEY

Served: 4/14/2023 10:20 am
To be served on: UNITED STATES ATTORNEY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Out of State Client) | 1.00 | 97.50 | 97.50 |
| **TOTAL CHARGED:** | | | **$97.50** |

| | | | |
|---|---|---|---|
| 4/12/2023 | CC **9538 | Pre-Payment | 97.50 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Page 1 / 1

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1u