# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY,<br><br>                    Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-10795-TLL-PTM |

## NOTICE OF APPEARANCE

Please take notice that Cody T. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.

Dated: May 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cody T. Knapp*
CODY T. KNAPP (NY #5715438)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendants*