IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION;<br><br>MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;<br><br>RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity;<br><br>*Defendants*. | CASE NO. 2:23-CV-10795-SJM-EAS<br><br>**NOTICE OF APPEARANCE** |

Now comes Russell G. Ryan of the New Civil Liberties Alliance, and hereby enters his appearance as additional counsel of record for Plaintiff. All pleadings, orders, notices, and correspondence relating to this civil action should be served upon the undersigned at the addresses set forth below.

/s/ Russell G. Ryan
Russell G. Ryan
Senior Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Phone: (202) 869-5210
Fax: (202) 869-5238
Email: Russ.Ryan@ncla.legal

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on May 19, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for all parties as indicated on the electronic filing receipt.

/s/ Russell G. Ryan