UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MACKINAC CENTER FOR PUBLIC POLICY,

        Plaintiff,                        Case No. 1:23-cv-10795

v.                                            Honorable Thomas L. Ludington
                                                United States District Judge

U.S. DEPARTMENT OF EDUCATION, et al.,

        Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR BRIEFING SCHEDULE AND FOR LEAVE TO FILE EXCESS PAGES**

In April 2023, Plaintiff sued the U.S. Department of Education, challenging it's pause of monthly payment obligations and interest accrual on federally held student loans. ECF No. 1. On May 11, 2023, Plaintiff filed a motion for preliminary injunction. ECF No. 9.

On May 19, 2023, the Parties filed a Joint Motion for Briefing Schedule and for Leave to File Excess Pages. ECF No. 12. The Parties assert their proposed briefing schedule is necessary because the Complaint, ECF No. 1, and Motion for Preliminary Injunction, ECF No. 9, "raise complex questions of constitutional and administrative law," and the Parties need more time to prepare briefs "that are as helpful as possible" to this Court. ECF No. 12 at PageID.142. For good cause, the proposed briefing schedule will be granted. *See* FED. R. CIV. P. 6(b)(1)(A).

The Parties next assert the enlarged page limits are necessary because the Parties will, for efficiency, address both filings at once. *Id.* at PageID.141. But "[m]otions must not be combined with any other stand-alone document." E.D. Mich. LR 7.1(i). So, their Motion will be denied without prejudice to the extent it seeks to enlarge page limits to combine filings.

Accordingly, it is **ORDERED** that the Parties' Joint Motion for Briefing Schedule and for Leave to File Excess Pages, ECF No. 12, is **GRANTED IN PART**. It is granted to the extent it establishes a briefing schedule.

Further, it is **ORDERED** that the Parties' Joint Motion for Briefing Schedule and for Leave to File Excess Pages, ECF No. 12, is **DENIED WITHOUT PREJUDICE IN PART**. It is denied without prejudice to the extent it seeks permission to combine filings and enlarge page limits.

Further, it is **ORDERED** that that the Parties are **DIRECTED** to file briefing as follows:

| FILING | DUE DATE | PAGE LIMIT |
|---|---|---|
| Defendants' Response in Opposition to Preliminary Injunction: | June 13, 2023 | 25 pages |
| Defendants' Motion to Dismiss: | June 13, 2023 | 25 pages |
| Plaintiff's Reply in Support of Preliminary Injunction: | July 11, 2023 | 7 pages |
| Plaintiff's Response in Opposition to Defendants' Motion to Dismiss: | July 11, 2023 | 25 pages |
| Defendants' Reply in Support of Motion to Dismiss: | July 25, 2023 | 7 pages |

**This is not a final order and does not close the above-captioned case.**

Dated: May 26, 2023

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge