UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MACKINAC CENTER FOR PUBLIC POLICY,

        Plaintiff,                        Case No. 1:23-cv-10795

v.                                        Honorable Thomas L. Ludington
                                             United States District Judge

U.S. DEPARTMENT OF EDUCATION et al.,

        Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

In April 2023, Plaintiff sued the United States Department of Education, challenging its pause of monthly payment obligations and interest accrual on federally held student loans. ECF No. 1. On May 11, 2023, Plaintiff filed a motion for preliminary injunction. ECF No. 9.

On June 8, 2023, the Parties filed a Joint Motion to Extend the Briefing Schedule. ECF No. 14. The Parties state that after the briefing schedule was set, *see* ECF No. 12, the Fiscal Responsibility Act of 2023 was signed into law, *see* Pub. L. No. 118-5, § 271, 137 Stat. 10 (June 3, 2023), so they need more time to "confer[] about the Act's effect on this case," ECF No. 14 at PageID.146. They therefore seek to adjourn the scheduling order by two weeks. For good cause, the Parties' Motion will be granted. *See* FED. R. CIV. P. 6(b)(1)(A).

Accordingly, it is **ORDERED** that the Parties' Joint Motion to Extend the Briefing Schedule, ECF No. 14, is **GRANTED**.

Further, it is **ORDERED** that that the Parties are **DIRECTED** to file briefing as follows:

| FILING | DUE DATE | PAGE LIMIT |
|---|---|---|
| Defendants' Response in Opposition to Preliminary Injunction: | June 27, 2023 | 25 pages |

- 2 -

| | | |
|---|---|---|
| Defendants' Motion to Dismiss: | June 27, 2023 | 25 pages |
| Plaintiff's Reply in Support of Preliminary Injunction: | July 25, 2023 | 7 pages |
| Plaintiff's Response in Opposition to Defendants' Motion to Dismiss: | July 25, 2023 | 25 pages |
| Defendants' Reply in Support of Motion to Dismiss: | August 8, 2023 | 7 pages |

**This is not a final order and does not close the above-captioned case.**

Dated: June 13, 2023

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge