UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MACKINAC CENTER FOR PUBLIC POLICY,

            Plaintiff,                                  Case No. 1:23-cv-10795

v.                                                        Honorable Thomas L. Ludington
                                                                     United States District Judge

U.S. DEPARTMENT OF EDUCATION et al.,

            Defendants.
_____/

### ORDER GRANTING PARTIES' STIPULATION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION AND GRANTING IN PART STIPULATION TO EXTEND RESPONSE DEADLINE

On June 23, 2023, the Parties filed a Stipulation to withdraw Plaintiff's Motion for Preliminary Injunction, ECF No. 9, and to extend Defendants' response deadline to October 30, 2023, ECF No. 16.

The Parties' Stipulation states that Plaintiff "no longer requires the relief sought in its preliminary injunction motion" so the Parties stipulate to a withdrawal of Plaintiff's Motion. *Id.* at PageID.150. So Plaintiff's Motion for Preliminary Injunction, ECF No. 9, will be withdrawn.

The Parties also seek a four-month adjournment of Defendants' deadline to respond to Plaintiff's Complaint, so they "may engage in further discussions that may resolve this case without the need for any further action" in light of new law, which will be effective August 29, 2023, that might moot Plaintiff's Complaint. ECF No. 16 at PageID.150; *see also* Pub. L. No. 118-5, § 271, 137 Stat. 10 (June 3, 2023). Accordingly, for good cause, the Defendants' response deadline will be adjourned until September 29, 2023. *See* FED. R. CIV. P. 6(b)(1)(A).

Accordingly, it is **ORDERED** that the Parties Stipulation to Withdraw Plaintiffs Motion for Preliminary Injunction, ECF No. 16 is **GRANTED**.

- 2 -

Further, it is **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 9, is **WITHDRAWN**.

Further, it is **ORDERED** that the Parties Stipulation to Extend Response Deadline, ECF No. 16., is **GRANTED IN PART**.

Further, it is **ORDERED** that Defendants are **DIRECTED** to file their responses to Plaintiff's Complaint, ECF No. 1, **on or before September 29, 2023**.

**This is not a final order and does not close the above-captioned case.**

Dated: June 26, 2023            s/Thomas L. Ludington
                                THOMAS L. LUDINGTON
                                United States District Judge