MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mackinac Center for Public Policy,

          Plaintiff(s),                              Case No. 23-10795

v.                                             Judge  Thomas L. Ludington

US Department of Education, et al.,

                                           Magistrate Judge  Patricia T. Morris

          Defendant(s).

_____ /

**NOTICE OF CORRECTION**

Docket entry number ___19___ , filed _____10/3/2023_____ , has been modified.  The explanation for the correction

is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| ☑ | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed *to include the Partial Payment Order.* |
| ☑ | Other:  The document and entry at ECF No. 19 will be stricken and filed correctly. |

If you need further clarification or assistance, please contact _____Kelly Winslow_____ at __(989) 894-8809__ .

KINIKIA D. ESSIX, CLERK OF COURT

Dated:  October 4, 2023 _____          s/Thomas L. Ludington _____
                                                     Deputy Clerk