IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-10795-TLL-PTM |

**JOINT MOTION TO SET A BRIEFING SCHEDULE
ON DEFENDANTS' FORTHCOMING MOTION TO DISMISS**

On October 6, 2023, Plaintiff filed an amended complaint challenging the U.S. Department of Education's past pandemic-related pause of monthly payment obligations and interest accrual on federally held student loans, the Department's "on ramp" policy for resuming student loan payment obligations and interest accrual, and the Department's authority to credit certain borrowers with progress towards statutorily authorized loan forgiveness during the period that the pause was in effect. *See* ECF No. 22.

The parties have conferred regarding Plaintiff's amended complaint and Defendants' response, which Defendants anticipate will be a motion to dismiss. Following those discussions, the parties have agreed to the following schedule for briefing on Defendants' forthcoming motion to dismiss:

| Filing | Date |
|---|---|
| Defendants' Motion to Dismiss & Brief in Support of Dismissal | November 6, 2023 |
| Plaintiff's Brief in Opposition to Dismissal | December 4, 2023 |
| Defendants' Reply in Support of Dismissal | December 18, 2023 |

Good cause exists to grant the parties' proposed briefing schedule. Plaintiff's amended complaint challenges important government policies, and Defendants' forthcoming motion will address important threshold defenses that implicate this Court's jurisdiction. The parties' proposed schedule will ensure sufficient time for the parties to prepare submissions that are as helpful as possible to the Court in its consideration of the issues presented. The proposed schedule will also accommodate the previously planned leave schedules of undersigned counsel.

For these reasons, the parties respectfully request that the Court adopt the briefing deadlines that the parties have negotiated and agreed upon, as detailed above.

| | |
|---|---|
| Dated: October 20, 2023 | Respectfully submitted, |
| /s/ *Sheng Li* <br> SHENG LI <br> Litigation Counsel <br> RUSSELL G. RYAN <br> Senior Litigation Counsel <br> Attorneys for Plaintiff Cato Institute <br> NEW CIVIL LIBERTIES ALLIANCE <br> 1225 19th Street NW, Suite 450 <br> Washington, DC 20036 <br> (202) 869-5210 <br> Sheng.Li@ncla.legal <br><br> Patrick J. Wright <br> Vice President for Legal Affairs <br> MACKINAC CENTER FOR PUBLIC POLICY <br> 130 W. Main Street <br> Midland, MI 48640 <br> (989) 430-3912 <br><br> *Counsel for Plaintiff* | BRIAN M. BOYNTON <br> Principal Deputy Assistant <br> Attorney General <br><br> MARCIA BERMAN <br> Assistant Branch Director <br><br> /s/ *Cody T. Knapp* <br> CODY T. KNAPP (NY #5715438) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division <br> Federal Programs Branch <br> 1100 L St. NW <br> Washington, D.C. 20005 <br> Telephone: (202) 532-5663 <br> Facsimile: (202) 616-8470 <br> E-mail: cody.t.knapp@usdoj.gov <br><br> *Counsel for Defendants* |