UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MACKINAC CENTER FOR PUBLIC POLICY,

        Plaintiff,                             Case No. 1:23-cv-10795

v.                                             Honorable Thomas L. Ludington
                                                 United States District Judge

U.S. DEPARTMENT OF EDUCATION, et al.,

        Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR ORDER SETTING BRIEFING SCHEDULE**

In April 2023, Plaintiff sued the U.S. Department of Education, challenging it's pause of monthly payment obligations and interest accrual on federally held student loans. ECF No. 1. On June 8, 2023, the Parties filed a Joint Motion to Extend the Briefing Schedule, ECF No. 14, because the Parties stated that, after the briefing schedule was set, *see* ECF No. 12, the Fiscal Responsibility Act of 2023 was signed into law, *see* Pub. L. No. 118-5, § 271, 137 Stat. 10 (June 3, 2023), and the Parties need more time to "confer[] about the Act's effect on this case." ECF No. 14 at PageID.146. For good cause, this Court granted the Parties' Motion on June 13, 2023. ECF No. 15.

On September 29, 2023, the Parties filed a Joint Motion to Stay Defendant's Deadline to Respond as Plaintiff intended to file an Amended Complaint. ECF No. 18. This Court granted the Joint Motion to Stay on October 4, 2023, ECF No. 21, and Plaintiffs filed an Amended Complaint on October 6, 2023. ECF No. 22. On October 20, 2023, the Parties filed a Joint Motion for Order Setting a Briefing Schedule responsive to Plaintiff's Amended Complaint and Defendant's

forthcoming Motion to Dismiss. ECF No. 23. For good cause, the Parties' Motion will be granted. *See* FED. R. CIV. P. 6(b)(1)(A).

Accordingly, it is **ORDERED** that the Parties' Joint Motion for Order Setting a Briefing Schedule, ECF No. 23, is **GRANTED**.

Further, it is **ORDERED** that that the Parties are **DIRECTED** to file briefing as follows:

| FILING | DUE DATE | PAGE LIMIT |
| --- | --- | --- |
| Defendants' Motion to Dismiss | November 6, 2023 | 25 pages |
| Plaintiff's Response to Motion to Dismiss | December 4, 2023 | 25 pages |
| Defendant's Reply in Support of Dismissal | December 18, 2023 | 10 pages |

**This is not a final order and does not close the above-captioned case.**

Dated: October 23, 2023

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge