UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MACKINAC CENTER
FOR PUBLIC POLICY,

        Plaintiff,                     Case No. 1:23-cv-10795

v.                                        Honorable Thomas L. Ludington
                                           United States District Judge
U.S. DEPARTMENT OF EDUCATION, *et al.*

        Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion and Order issued today:

It is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 25, is **GRANTED.**

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**, for lack of Article III standing.

**This is a final order and closes the above-captioned case.**

Dated: July 18, 2024                            s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge