IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| MACKINAC CENTER FOR PUBLIC POLICY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION;<br><br>MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity; and<br><br>*Defendants*. | CIVIL CASE NO. 1:23-CV-10795<br><br>Honorable Thomas L. Ludington,<br>United States District Judge |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Mackinac Center for Public Policy hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Judgment and Order (ECF No. 30 and 31) of July 18, 2024, dismissing Plaintiff's Amended Complaint (ECF No. 22).

| | |
|---|---|
| September 13, 2024 | Respectfully submitted,<br><br>*/s/ Sheng Li* |
| PATRICK J. WRIGHT<br>Vice President for Legal Affairs<br>MACKINAC CENTER FOR PUBLIC POLICY<br>140 W. Main Street<br>Midland, MI 48640<br>(989) 631-0900 | SHENG LI<br>Litigation Counsel<br>RUSSELL G. RYAN<br>Senior Litigation Counsel<br>NEW CIVIL LIBERTIES ALLIANCE<br>4250 N. Fairfax Dr., Suite 300<br>Arlington, VA 22203<br>(202) 869-5210<br>Sheng.Li@ncla.legal |

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on September 13, 2024, a true and correct copy of the Notice of Appeal was filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system.

*/s/ Sheng Li*
Sheng Li
