UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Mackinac Center for Public
Policy,

                         Plaintiff(s),

v.                                                    Case No. 1:23–cv–10795–TLL–PTM
                                                      Hon. Thomas L. Ludington
US Department Of Education, et
al.,

                         Defendant(s).

_____

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate
of Service was served upon:

                    United States Court of Appeals for the Sixth Circuit
                    Potter Stewart U.S. Courthouse
                    100 East Fifth Street, Fifth Floor
                    Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on September 13, 2024.



                                   KINIKIA D. ESSIX, CLERK OF COURT


                              By: s/ Shelby C Hicks_____
                                   Deputy Clerk


Dated:   September 13, 2024